# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**JASPER LEE SHIELDS,**

   *Plaintiff,*

v.                                     **CASE NO. 5:16-cv-00165-MP-CJK**

**ENGLISH, ET AL.,**

   *Defendants.*

_____/

## ORDER

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 15, 2016. ECF No. 12. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections on ECF No. 13. I have made a de novo review based on those objections.

    Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, ECF No. 12, is adopted and incorporated by reference in this order.

2. Plaintiff's motion to proceed *in forma pauperis*, ECF No. 11, is **GRANTED** for the limited purpose of dismissing this action.

3. This action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious.

4. The clerk is directed to close the file.

**SO ORDERED on August 31, 2016.**

<u>s/Mark E. Walker</u>
**United States District Judge**